MIDLAND DRILLING COMPANY et al.

v.

Jimmy BRIDGFORTH, a Minor, by Tom Bridgforth, his Father and Next Friend.

No. 5596.

United States Court of Appeals Tenth Circuit.

April 11, 1957.

Keleher & McLeod, Albuquerque, N. M., for appellants.

Jack Underwood, Lovington, N. M., for appellee.

Before BRATTON, Chief Judge.

Appeal dismissed on motion of appellants.